IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 10 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:25cr109 TBM-BWR

GERSON AUGUSTO CARIAS-GALEANO           8 U.S.C. § 1326(a)

**The Grand Jury charges:**

On or about May 25, 2025, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GERSON AUGUSTO CARIAS-GALEANO**, an alien to the United States, who previously had been lawfully removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:

s/ Signature Redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the ___10___ day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE